**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: DAVIS, CLARRISSA M | § Case No. 13-80429 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/09/2013 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/17/2013            By:  /s/JAMES E. STEVENS
                                                                                                                 Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DAVIS, CLARRISSA M § Case No. 13-80429
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 50,000.00 |
| *and approved disbursements of* | $ 170.00 |
| *leaving a balance on hand of* [1] | $ 49,830.00 |
| **Balance on hand:** | $ 49,830.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 49,830.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,804.79 | 0.00 | 1,804.79 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,534.00 | 0.00 | 1,534.00 |
| Attorney for Trustee, Expenses - Clerk of the Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,598.79 |
| Remaining balance: | $ 46,231.21 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $           0.00
Remaining balance: $      46,231.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $           0.00
Remaining balance: $      46,231.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,772.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Investments II LLC | 1,119.18 | 0.00 | 1,119.18 |
| 2 | Capital One, N.A. | 3,196.61 | 0.00 | 3,196.61 |
| 3 | American InfoSource LP as agent for | 890.62 | 0.00 | 890.62 |
| 4 | Portfolio Recovery Associates, LLC | 1,244.22 | 0.00 | 1,244.22 |
| 5 | Rockford Mercantile | 322.00 | 0.00 | 322.00 |

Total to be paid for timely general unsecured claims: $       6,772.63
Remaining balance: $      39,458.58

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 39,458.58 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 39,458.58 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $6.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 39,452.11.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                                  Case No. 13-80429-TML
Clarrissa M Davis                                                                       Chapter 7
         Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0752-3            User: vgossett               Page 1 of 2                Date Rcvd: Oct 25, 2013
                                Form ID: pdf006              Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2013.
db            #+Clarrissa M Davis,    7287 Middle Rd,    South Beloit, IL 61080-9444
20027339       +ACI,   2420 Sweet Home Rd. Suite 150,    Buffalo, NY 14228-2244
20027340       +Allied Interstate,    Box 361774,    Columbus, OH 43236-1774
20027342       +Alpha Recovery Corp,    5660 Greenwood Plaza Blvd,    Englewood, CO 80111-2416
20950064       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
20027344       +Associated Receivable,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
20027345        Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 1337,    Philadelphia, PA 19101
20027346       +Beloit Clinic,    1905 Hubbe Parkway,    Beloit, WI 53511-1896
20027347       +Blatt,Hasenmiller,    211 Landmark Dr. Suite C-1,    Box 489,    Normal, IL 61761-2160
20027348       +Blitt & Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
20027350       +CBE Group,    Box 2695,   Waterloo, IA 50704-2695
20027353      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
20922743        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20027351       +Ccmk/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
20027352       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20027356       +Contact Callers,    Box 212489,    Augusta, GA 30917-2489
20027358      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct Tv,    Box 9001069,    Louisville, KY 40290)
20027357       +Dennis Berber,    860 Northpoint Blvd,    Waukegan, IL 60085-8211
20027360       +EOS CCA,   Box 556,    Norwell, MA 02061-0556
20027361       +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 E Paris Ave Se,
                 Grand Rapids, MI 49546-6253
20027369       +Global Client Services,    Box 690870,    Tulsa, OK 74169-0870
20027370       +Helzbergcbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
20027371       +Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
                 Buffalo Grove, IL 60089-1970
20027372       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
20027376       +Leib Solutions,    20 E. Clementon Rd,    Gibbsboro, NJ 08026-1165
20027377        Midland Credit Management,    Boox 60578,    Los Angeles, CA 90060
20027382       +NES of Ohio,    29125 Solon Rd,    Solon, OH 44139-3442
20027383       +Newport News,    Po Box 182125,    Columbus, OH 43218-2125
20027386      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
20027385       +Plaza Recovery,    Box 2769,    New York, NY 10116-2769
20027388       +R & B Receivables Mana,    860 S Northpoint Blvd,    Waukegan, IL 60085-8201
20027389       +RGS Collections,    Box 852039,    Richardson, TX 75085-2039
20027390       +Rockford Mercantile,    2502 S. Alpine Rd,    Rockford, IL 61108-7813
20027391       +Schmid Management,    1302 Lilic Lane,    Harvard, IL 60033-3722
20027392       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
20027394       +Tate & Kirlin,    2810 Southampton Rd,    Philadelphia, PA 19154-1207
20027362       +first financial asset,    Box 56245,    Atlanta, GA 30343-0245
20027387       +procrressive financial services,    Box 22083,    Tempe, AZ 85285-2083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20027341       +E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2013 00:52:44     Ally Financial,    P O Box 380901,
                 Bloomington, MN 55438-0901
20027343       +E-mail/Text: allenl@associatedcollectors.com Oct 26 2013 00:53:49     Assoc Coll,    Po Box 1039,
                 Janesville, WI 53547-1039
20027349       +E-mail/Text: cms-bk@cms-collect.com Oct 26 2013 00:53:12     Capital Management,
                 726 Exchange St. Suite 700,    Buffalo, NY 14210-1464
20027355       +E-mail/Text: legalcollections@comed.com Oct 26 2013 00:54:32     ComEd,    Box 6111,
                 Carol Stream, IL 60197-6111
20027359       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2013 01:21:57      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
20027364       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:59:00     GEMB / HH Gregg,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
20027365       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:58:19     GEMB / Old Navy,    Attention: GEMB,
                 Po Box 103104,    Roswell, GA 30076-9104
20027366       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:59:00     Gemb/bassett Furniture,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
20027367        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:58:19     Gemb/oldnavydc,    Attn: bankruptcy,
                 Po Box 130104,    Roswell, GA 30076
20027368       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:58:19     Gembppbycr,    Gemb/Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
20027374       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 26 2013 00:52:55     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20027378       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2013 00:53:36     Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
20027380       +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 26 2013 00:53:59      NCO,    507 Prudential Rd,
                 Horsham, PA 19044-2368
```

```
District/off: 0752-3          User: vgossett              Page 2 of 2                  Date Rcvd: Oct 25, 2013
                              Form ID: pdf006             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20027381      +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 26 2013 00:53:59     Nco Fin/09,
               Attention: Bankruptcy,   507 Prudential Rd,   Horsham, PA 19044-2308
20027384      +E-mail/Text: bankrup@aglresources.com Oct 26 2013 00:52:41     Nicor,    Box 0632,
               Aurora, IL 60507-0632
20644994       E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2013 00:58:27     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20027395      +E-mail/Text: bnc@ursi.com Oct 26 2013 00:52:49     United Recovery System,    Box 722929,
               Houston, TX 77272-2929
                                                                                             TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20027363       Gecrb/leath Furniture
20027354*    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
20027373*    +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
20027375*    +Kohls/capone,    N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
20027379*    +Midland Funding,   8875 Aero Dr,   San Diego, CA 92123-2255
20955610*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,
                successor to CAPITAL ONE, NATIONAL ASSOC,    POB 41067,   Norfolk VA 23541)
20027393*    +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
                                                                                      TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
          Carole J. Ryczek    on behalf of Trustee James E Stevens carole.ryczek@usdoj.gov
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
          James E Stevens     jimstevens@bslbv.com, IL48@ecfcbis.com
          Jason  Kunowski    on behalf of Debtor Clarrissa M Davis rockford@jordanpratt.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```