# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re:  DAVIS, CLARRISSA M                           § Case No. 13-80429
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,100.00                    Assets Exempt: $4,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,779.10     Claims Discharged
                                               Without Payment: $27,821.00

Total Expenses of Administration: $3,768.79

---

   3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 39,452.11 (see **Exhibit 2**), yielded net receipts of $10,547.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,768.79 | 3,768.79 | 3,768.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,458.00 | 6,779.10 | 6,779.10 | 6,779.10 |
| **TOTAL DISBURSEMENTS** | $32,458.00 | $10,547.89 | $10,547.89 | $10,547.89 |

4) This case was originally filed under Chapter 7 on February 11, 2013. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2014            By: /s/JAMES E. STEVENS
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance Policies | 1290-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DAVIS, CLARRISSA M | Dividend paid 100.00% on $39,452.11; Claim# SURPLUS; Filed: $39,452.11; Reference: | 8200-002 | 39,452.11 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$39,452.11** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,804.79 | 1,804.79 | 1,804.79 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 1,534.00 | 1,534.00 | 1,534.00 |
| Clerk of the Bankruptcy Court | 3120-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 28.76 | 28.76 | 28.76 |
| Rabobank, N.A. | 2600-000 | N/A | 71.87 | 71.87 | 71.87 |
| Rabobank, N.A. | 2600-000 | N/A | 69.37 | 69.37 | 69.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,768.79 | $3,768.79 | $3,768.79 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Portfolio Investments II LLC | 7100-000 | 1,119.00 | 1,119.18 | 1,119.18 | 1,119.18 |
| 1I | Portfolio Investments II LLC | 7990-000 | N/A | 1.07 | 1.07 | 1.07 |
| 2 | Capital One, N.A. | 7100-000 | 3,196.00 | 3,196.61 | 3,196.61 | 3,196.61 |
| 2I | Capital One, N.A. | 7990-000 | N/A | 3.05 | 3.05 | 3.05 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 890.62 | 890.62 | 890.62 |
| 3I | American InfoSource LP as agent for | 7990-000 | N/A | 0.85 | 0.85 | 0.85 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,244.22 | 1,244.22 | 1,244.22 |
| 4I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 1.19 | 1.19 | 1.19 |
| 5 | Rockford Mercantile | 7100-000 | 322.00 | 322.00 | 322.00 | 322.00 |
| 5I | Rockford Mercantile | 7990-000 | N/A | 0.31 | 0.31 | 0.31 |
| NOTFILED | Hsbc Bank | 7100-000 | 1,381.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Helzbergcbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Global Client Services | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Leib Solutions | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/bassett Furniture | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/leath Furniture | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | first financial asset | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Old Navy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/oldnavydc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 5,475.00 | N/A | N/A | 0.00 |
| NOTFILED | Gembppbycr Gemb/Attn: Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Schmid Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RGS Collections | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Recovery System | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tate & Kirlin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | R & B Receivables Mana | 7100-000 | 680.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Rc | 7100-000 | 414.00 | N/A | N/A | 0.00 |
| NOTFILED | procressive financial services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/09 | 7100-000 | 891.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Bank Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NES of Ohio | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Newport News | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Plaza Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Tv | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpha Recovery Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Assoc Coll | 7100-000 | 668.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ACI | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Associated Receivable | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | Beloit Clinic | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Dennis Berber | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt,Hasenmiller | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Contact Callers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin Svcs Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,796.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 5,513.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blitt & Gaines | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ccmk/cbna | 7100-000 | 5,418.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $32,458.00 | $6,779.10 | $6,779.10 | $6,779.10 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-80429  
**Case Name:** DAVIS, CLARRISSA M

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/11/13 (f)  
**§341(a) Meeting Date:** 03/14/13  

**Period Ending:** 02/25/14  
**Claims Bar Date:** 09/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  older householf furniture & personal belongings  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 2  necessary wearing apparel  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3  misc. costume jewelry  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4  employer provided term life policy - no cash val  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5  pension w/ Union  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 6  2006 Chervrolet Equinox  Imported from original petition Doc# 1 | 3,200.00 | 0.00 | | 0.00 | FA |
| 7  Life Insurance Policies (u) | 120,000.00 | 120,000.00 | | 50,000.00 | FA |
| **7 Assets  Totals** (Excluding unknown values) | **$124,100.00** | **$120,000.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013     **Current Projected Date Of Final Report (TFR):**   October 1, 2013  (Actual)

Printed: 02/25/2014 02:10 PM    V.13.14

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-80429  
**Case Name:** DAVIS, CLARRISSA M  

**Taxpayer ID #:** **-***7322  
**Period Ending:** 02/25/14  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $277,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/13 | {7} | Clarissa M. Davis | life insurance proceeds | 1290-000 | 50,000.00 | | 50,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.76 | 49,971.24 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.87 | 49,899.37 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.37 | 49,830.00 |
| 12/09/13 | 101 | Clerk of the Bankruptcy Court | Dividend paid 100.00% on $260.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 260.00 | 49,570.00 |
| 12/09/13 | 102 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $1,534.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,534.00 | 48,036.00 |
| 12/09/13 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,804.79, Trustee Compensation; Reference: | 2100-000 | | 1,804.79 | 46,231.21 |
| 12/09/13 | 104 | DAVIS, CLARRISSA M | Dividend paid 100.00% on $39,452.11; Claim# SURPLUS; Filed: $39,452.11; Reference: | 8200-002 | | 39,452.11 | 6,779.10 |
| 12/09/13 | 105 | American InfoSource LP as agent for | Combined Check for Claims#3,3I | | | 891.47 | 5,887.63 |
| | | | Dividend paid 100.00% on $890.62; Claim# 3; Filed: $890.62 | 7100-000 | 890.62 | | 5,887.63 |
| | | | Dividend paid 100.00% on $0.85; Claim# 3I; Filed: $0.85 | 7990-000 | 0.85 | | 5,887.63 |
| 12/09/13 | 106 | Capital One, N.A. | Combined Check for Claims#2,2I | | | 3,199.66 | 2,687.97 |
| | | | Dividend paid 100.00% on $3,196.61; Claim# 2; Filed: $3,196.61 | 7100-000 | 3,196.61 | | 2,687.97 |
| | | | Dividend paid 100.00% on $3.05; Claim# 2I; Filed: $3.05 | 7990-000 | 3.05 | | 2,687.97 |
| 12/09/13 | 107 | Portfolio Investments II LLC | Combined Check for Claims#1,1I | | | 1,120.25 | 1,567.72 |
| | | | Dividend paid 100.00% on $1,119.18; Claim# 1; Filed: $1,119.18 | 7100-000 | 1,119.18 | | 1,567.72 |
| | | | Dividend paid 100.00% on $1.07; Claim# 1I; Filed: $1.07 | 7990-000 | 1.07 | | 1,567.72 |
| 12/09/13 | 108 | Portfolio Recovery Associates, LLC | Combined Check for Claims#4,4I | | | 1,245.41 | 322.31 |
| | | | Dividend paid 100.00% on $1,244.22; Claim# 4; Filed: $1,244.22 | 7100-000 | 1,244.22 | | 322.31 |

Subtotals : $50,000.00 $49,677.69

{} Asset reference(s)

Printed: 02/25/2014 02:10 PM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-80429 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | DAVIS, CLARRISSA M | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4066 - Checking Account |
| Taxpayer ID #: | **-***7322 | | Blanket Bond: | $277,000.00   (per case limit) |
| Period Ending: | 02/25/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%   1.19<br>on $1.19;  Claim# 4I;<br>Filed: $1.19 | 7990-000 | | | 322.31 |
| 12/09/13 | 109 | Rockford Mercantile | Combined Check for Claims#5,5I | | | 322.31 | 0.00 |
| | | | Dividend paid 100.00%   322.00<br>on $322.00;  Claim# 5;<br>Filed: $322.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   0.31<br>on $0.31;  Claim# 5I;<br>Filed: $0.31 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **50,000.00** | **50,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **50,000.00** | **50,000.00** | |
| | | | Less: Payments to Debtors | | | 39,452.11 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$10,547.89** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4066** | 50,000.00 | 10,547.89 | 0.00 |
| | $50,000.00 | $10,547.89 | $0.00 |

{} Asset reference(s)                                                                                                                                   Printed: 02/25/2014 02:10 PM    V.13.14